UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GERALD DUANE MCDONALD,

                  Petitioner,                              Case No. 1:06cv406

v.                                                       Hon. Robert J. Jonker

THOMAS BELL,

                  Respondent.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 8, 2008. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 8, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that petitioner's habeas petition is **DENIED**. Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                                           /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE

DATED: June 1, 2009.